**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
KELLY M. TAWIL,

                Plaintiff,

      -v-

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
-----------------------------------------------------------X

19 **CIVIL** 3337 (GWG)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 3, 2020, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded for further administrative proceedings pursuant to the fourth sentence of 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**Dated:** New York, New York
         February 3, 2020

RUBY J. KRAJICK
Clerk of Court
BY:
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 2/3/2020