# MEMORANDUM ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

**KELLY M. TAWIL,**

|  |  |
|---|---|
| **Plaintiff,** | **1:19-cv-03337-GWG** |

**v.**

**Notice of Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act,** 28 U.S.C.A. § 2412 (West)

**COMMISSIONER OF SOCIAL SECURITY,**

**Defendant.**
_____

**COUNSEL:**

**PLEASE TAKE NOTICE** that upon the annexed affirmation of Howard D. Olinsky, attorney

for the Plaintiff, and other papers, the plaintiff will make a motion before the Court on a date to

be set by the court, for an order:

1. Awarding an Equal Access to Justice Act Counsel Fee for $5,466.64; and

2. Awarding expenses in the amount of $16.80; and

3. If the Plaintiff has no debt registered with the Department of Treasury subject to total

   offset that the fees be made payable to the Plaintiff but mailed directly to Plaintiff s

   attorney.

Plaintiffs' attorney, Howard D. Olinsky, moves the court for an award to be paid by the

Defendant under the Equal Access to Justice Act, 28 U.S.C.A. § 2412.

There are no special circumstances in this case which make an award under the EAJA unjust.

This motion is supported by an affirmation of Plaintiffs attorney, attached time and cost records and a Waiver of Direct Payment by the Plaintiff.

Executed this May 1, 2020

                                        Respectfully submitted,

                                        /s/ *Howard D. Olinsky*
                                        Howard D. Olinsky, Esq.
                                        Counsel for Plaintiff
                                        Olinsky Law Group
                                        250 South Clinton St., Suite 210
                                        Syracuse, NY 13202
                                        Telephone: 315-701-5780
                                        Facsimile: 315-701-5781
                                        Email: fedct@windisability.com

To:     Amanda Frances Parsels, Esq.
        Counsel for Defendant
        Assistant U.S. Attorney
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        Telephone: 212-637-2780
        Facsimile: 212-264-2750
        Email: Amanda.Parsels@usdoj.gov

  Application granted as unopposed.
  So Ordered.
  Dated: May 20, 2020

  _____
  GABRIEL W. GORENSTEIN
   United States Magistrate Judge